UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: **Willie Davis**　　　　　　　　　　　　　　　　　　　　Case Number: #20-33267
　　　　Debtor(s)

**ORDER**

　　This cause came on to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors and/or for default in making the payments under the Plan,

　　It appearing to the Court that the Debtor(s) has/have failed to comply with the terms of the Plan confirmed by this Court and/or failed to comply with 11 U.S.C. §1325,

　　It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor(s) under Chapter 13 is and the same be hereby dismissed.

　　It is further ORDERED that any payments received by the Chapter 13 Trustee prior to entry of this order shall be paid by the Chapter 13 Trustee in accordance with the Debtor(s) Plan, and any such payments received after the entry of this order shall be remitted to the Debtor. The Clerk shall serve a copy of this Order to the Debtor(s), their Attorney, the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties of interest.

Dated: **Sep 21 2022**　　　　　　　　　　　　　　　/s/ Kevin R Huennekens
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

RICHMOND, VIRGINIA

I ASK FOR THIS

/s/ Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
7202 Glen Forest Dr., Suite 202
Richmond VA 23226　　　　　　NOTICE OF JUDGEMENT OR ORDER
(804) 775-0979
VSB #31868　　　　　　　　　　Entered On Docket: **Sep 21 2022**